UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MAYA MOSS et al.,     Plaintiffs,

v.     Civil Action No. 3:18-cv-487-DJH-RSE

ASSET CAMPUS HOUSING, INC. and
ASSET CAMPUS USA, LLC,     Defendants.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 41), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

April 15, 2019

*[signature]*

**David J. Hale, Judge**
**United States District Court**

1