UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MAYA MOSS et al.,                                                                       Plaintiffs,

v.                                                        Civil Action No. 3:18-cv-487-DJH-RSE

ASSET CAMPUS HOUSING, INC. and
ASSET CAMPUS USA, LLC,                                        Defendants.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case following the failure of the prior reported settlement (Docket No. 63), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is again **DISMISSED** without prejudice. The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of entry of this Order in the event the settlement is not consummated.