UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MAYA MOSS; LEXINGTON FAIR HOUSING COUNCIL; FAIR HOUSING CENTER OF WEST MICHIGAN; NATIONAL FAIR HOUSING ALLIANCE, INC.<br><br>Plaintiffs,<br>v.<br><br>ASSET CAMPUS HOUSING, INC.; ASSET CAMPUS USA, LLC.<br><br>Defendants. | CIVIL ACTION NO.: 3:18-cv-487-DJH-RSE |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties jointly stipulate that all claims asserted by all Plaintiffs against all Defendants in this action be dismissed with prejudice and without costs to any party.

Dated: March 2, 2020

/s/ Jia M. Cobb
Jia M. Cobb
Sara K. Pratt
Alexa T. Milton
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
jcobb@relmanlaw.com
spratt@relmanlaw.com
amilton@relmanlaw.com

*Attorneys for Plaintiffs*

/s/ Morgan Williams
Morgan Williams
NATIONAL FAIR HOUSING ALLIANCE
1331 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20005
Tel: (202) 898-1661
mwilliams@nationalfairhousing.org

*Attorney for Plaintiff NFHA*

/s/ Robert W. Hojnoski
Robert W. Hojnoski
Carrie M. Starts
REMINGER CO., L.P.A.
525 Vine Street, Suite 1500

1

Cincinnati, Ohio 45202
T: (513) 721-1311
Fax: (513) 721-2553
E-mail: rhojnoski@reminger.com
cstarts@reminger.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 2, 2020 a copy of the foregoing Joint Stipulation of Voluntary Dismissal was filed and served electronically on all counsel of record using the Court's CM/ECF system.

/s/ Jia M. Cobb
Jia M. Cobb